1 | Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
2 | Rachel Burnim (SBN 292952)
rachel.burnim@klgates.com
3 | **K&L GATES LLP**
4 | Four Embarcadero Center, Ste. 1200
San Francisco, CA 94111
5 | Telephone: 415.882.8200
Facsimile: 415.882.8220
6 |
7 | Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
8 | **K&L GATES LLP**
1 Park Plaza, Twelfth Floor
9 | Irvine, CA 92614
Telephone: 949.253.0900
10 |
11 | Min Wu (SBN 307512)
min.wu@klgates.com
12 | **K&L GATES LLP**
620 Hansen Way, Palo Alto, CA 94304
13 | Telephone: 650.798.6747

14 | Gina A. Jenero (admitted *pro hac vice*)
gina.jenero@klgates.com
15 | **K&L GATES LLP**
70 W. Madison Street, Suite 3300
16 | Chicago, IL 60602
Telephone: 312.807.4243
17 |
18 | ATTORNEYS FOR DARFON ELECTRONICS CORP.
AND DARFON AMERICA CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITE-ON SINGAPORE PTE. LTD, a Singaporean company,<br><br>Plaintiff,<br><br>vs.<br><br>DARFON ELECTRONICS CORP., a Taiwanese corporation and DARFON AMERICA CORP., a California corporation,,<br><br>Defendants. | Case No. 3:18-cv-02777-RS<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO REFER MATTER TO CHIEF MAGISTRATE JUDGE JOSEPH SPERO FOR MEDIATION**<br><br>Honorable Richard Seeborg |

1
**JOINT STIPULATION TO REFER FOR MEDIATION**

**IT IS HEREBY STIPULATED** by and between Plaintiff Lite-On Singapore Pte. Ltd. ("Lite-On Singapore") and Defendants Darfon Electronics Corp. and Darfon America Corp. ("Darfon") by and through their counsel of record, as follows:

WHEREAS, on May 10, 2018, Lite-On Technology Corporation and Lite-On Electronics (Guangzhou) Ltd. filed their Complaint for patent infringement, asserting U.S. Patent No. 8,492,669 against Darfon in the United States District Court for the Northern District of California as Case No. 3:18-cv-02776-JD;

WHEREAS, on May 10, 2018, Lite-On Singapore filed a Complaint for patent infringement, asserting U.S. Patent No. 7,030,330 against Darfon in the United States District Court for the Northern District of California as Case No. 3:18-cv-02777-RS (the above-captioned proceeding);

WHEREAS, on June 15, 2018, Darfon Electronics Corp. filed a Complaint for patent infringement, asserting U.S. Patent Nos. 6,054,939; 6,538,222; 6,633,012; 6,860,612; 8,253,598; and 9,875,864 against Lite-On Singapore Pte. Ltd., Lite-On Technology Corporation, Lite-On Trading USA, Inc., and Silitek Electronics (Dongguan) Co., Ltd. in the United States District Court for the Northern District of California as Case No. 4:18-cv-03598-HSG;

WHEREAS, on January 9, 2019, Darfon Electronics Corp. and Darfon Electronics (Suzhou) Co., Ltd. filed a Complaint for patent infringement, asserting U.S. Patent Nos. 8,274,409; 8,313,204; and 9,176,272 against Lite-On Singapore Pte. Ltd., Lite-On Technology Corporation, Lite-On Trading USA, Inc., and Silitek Electronics (Dongguan) Co., Ltd. in the United States District Court for the Northern District of California as Case No. 3:19-cv-0144[1];

WHEREAS, the Parties have agreed to mediate with Chief Magistrate Judge Spero in order to further their interests in attempting to resolve the above-referenced matters;

NOW, THEREFORE, the Parties hereby STIPULATE that, this matter shall be referred to Chief Magistrate Judge Spero for a settlement conference and mediation.

---

[1] All Darfon and Lite-On entities referenced in the above four cases are referred to hereinafter as "the Parties."

-2-
**JOINT STIPULATION TO REFER FOR MEDIATION**

| | | |
|---|---|---|
| 1 | Dated: February 7, 2019 | K&L GATES LLP |
| 2 | | */s/ Harold H. Davis, Jr.* |
| 3 | | By: Harold H. Davis, Jr. |
| | | Rachel Burnim |
| 4 | | Jay Chiu |
| | | Min Wu |
| 5 | | Gina Jenero |
| 6 | | |
| | | Attorneys for DARFON ELECTRONICS CORP. |
| 7 | | and DARFON AMERICA CORP. |
| 8 | | |
| | Dated: February 4, 2019 | PILLSBURY WINTHROP SHAW PITTMAN |
| 9 | | LLP |
| 10 | | */s/ Christopher Kao* |
| 11 | | |
| | | By: CHRISTOPHER KAO |
| 12 | | |
| | | Attorneys for Plaintiff LITE-ON SINGAPORE |
| 13 | | PTE. LTD, |

**JOINT STIPULATION TO REFER FOR MEDIATION**

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 7, 2019                                             /s/ *Harold H. Davis, Jr.*
                                                                            Harold H. Davis, Jr.

-4-
**JOINT STIPULATION TO REFER FOR MEDIATION**

PURSUANT TO STIPULATION, IT IS ORDERED that this action shall be referred to Chief Magistrate Judge Joseph Spero for a settlement conference.

Dated: 2/7/19

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

**JOINT STIPULATION TO REFER FOR MEDIATION**