UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE-ON SINGAPORE PTE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DARFON ELECTRONICS CORPORATION, et al., <br><br> Defendants. | Case No. 18-cv-02777-RS (JCS) <br><br> **CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter have advised the Court that a final settlement of this case has been signed by all parties.

Dated: April 10, 2019

Susan Y. Soong
Clerk, United States District Court

By: *Karen L. Hom*
Karen Hom, Deputy Clerk to
Chief Magistrate Judge Joseph C. Spero