Christopher Kao (SBN 237716)
  christopher.kao@pillsburylaw.com
David J. Tsai (SBN 244479)
  david.tsai@pillsburylaw.com
Brock S. Weber (SBN 261383)
  brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

Attorneys for Plaintiff
LITE-ON SINGAPORE PTE., LTD.

Harold H. Davis, Jr. (SBN 235552)
  harold.davis@klgates.com
Rachel Burnim (SBN 292952)
  rachel.burnim@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Tel: 415.882.8200 / Fax: 415.882.8220

Min Wu (SBN 307512)
  min.wu@klgates.com
**K&L GATES LLP**
620 Hansen Way
Palo Alto, CA  94304
Tel: 650.798.6747 / Fax: 650.798.6701

Gina A. Jenero (Admitted *Pro Hac Vice*)
  gina.jenero@klgates.com
**K&L GATES LLP**
70 W. Madison, Suite 3300
Chicago, IL  60602
Tel: 312.372.1121 / Fax: 312.827.8000

Attorneys for Defendants
DARFON AMERICA CORP. and
DARFON ELECTRONICS CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITE-ON SINGAPORE PTE., LTD., a Singaporean company,<br><br>Plaintiff,<br><br>vs.<br><br>DARFON ELECTRONICS CORP., a Taiwanese corporation and DARFON AMERICA CORP., a California corporation,<br><br>Defendants. | Case No. 3:18-CV-02777-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS**<br><br>Honorable Richard Seeborg |

Plaintiff Lite-On Singapore Pte., Ltd. ("Plaintiff") and Defendants Darfon Electronics Corp.

and Darfon America Corp. (collectively, "Defendants"), hereby jointly stipulate to request that the

Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

WHEREAS, Plaintiff and Defendants have resolved Plaintiff's claims for relief against Defendants and Defendants' claims, defenses or counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their attorneys of record, that this Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 12, 2019          PILLSBURY WINTHROP SHAW PITTMAN LLP

                               */s/ Christopher Kao*
                               Christopher Kao

                               *Attorney for Plaintiff*
                               *Lite-On Singapore Pte., Ltd.*

Dated: April 12, 2019          K&L GATES LLP

                               */s/ Harold H. Davis, Jr.*
                               Harold H. Davis, Jr.

                               *Attorney for Defendants*
                               *Darfon America Corp. and*
                               *Darfon Electronics Corp.*

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 12, 2019

                               */s/ Christopher Kao*
                               Christopher Kao

**[PROPOSED] ORDER**

Pursuant to Stipulation**, IT IS SO ORDERED.**

Dated: _____, 2019

_____
Honorable Richard Seeborg
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 12, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Christopher Kao*
Christopher Kao